AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ELISEO OLIVAN-ORTIZ | CASE NUMBER: 08CR 2443 BEN |

I, <u>ELISEO OLIVAN-ORTIZ</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 24, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Eliseo Olivan Ortiz*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer