1  GERARD J. WASSON
   California Bar No. 166636
2  406 Ninth Avenue, Suite 311
   San Diego, California 92101
3  Telephone: (619) 232-0181

4  Attorney for ELISEO OLIVAN-ORTIZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR2443-BEN |
| Plaintiff, ) | |
| v. ) | JOINT MOTION FOR ORDER TO |
| ) | CONTINUE SENTENCING HEARING DATE |
| ELISEO OLIVAN-ORTIZ, ) | |
| Defendant. ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
    CHARLOTTE E. KAISER, ASSISTANT UNITED STATES ATTORNEY

The parties in the above matter jointly move this Court for an order continuing the sentencing hearing now set for September 8, 2008, at 9:00 a.m. to be re-calendared September 22, 2008, at 9:00 a.m. The reason for the request is because defense counsel will be out of the District on the currently scheduled date.

The date and time of the requested hearing has been provided by the Court's clerk, and agreed upon by the parties.

Respectfully submitted,

Dated: August 18, 2008      /s/ Gerard J. Wasson
                            GERARD J. WASSON
                            Attorney for Defendant Eliseo Olivan-Ortiz


Dated: August 18, 2008      /s/ Charlotte E. Kaiser
                            CHARLOTTE E. KAISER
                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Gerard J. Wasson, declare and certify that by filing this document by electronic mail, it has been served on counsel for the defendants in this matter, and Assistant U.S. Attorney Charlotte E. Kaiser.

Respectfully submitted,

Dated: August 18, 2008

 /s/ Gerard J. Wasson
GERARD J. WASSON
Attorney for Defendant Eliseo Olivan-Ortiz